IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00229-WYD-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

NATALLIA VISHNEVSKAYA,

       Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

       IT IS ORDERED that Defendant, NATALLIA VISHNEVSKAYA, having been sentenced in the above-named case to the custody of the Bureau of Prisons, shall surrender herself by reporting to the Warden, FCI Dublin, 5701 8th Street-Camp Parks, Dublin, California, on November 27, 2012, by 12:00 p.m. (noon), and shall travel at her own expense.

       DATED at Denver, Colorado, November 19th, 2012.

       BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
Chief United States District Judge